IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LONDA GARRARD                                                                                          PLAINTIFF

V.                                         Case No. 1:14-CV-1033

FIRST STEP, INC.                                                                                       DEFENDANT

## JUDGMENT

This matter comes before the Court upon cross motions for summary judgment filed by Plaintiff Londa Garrard and Defendant First Step, Inc.  ECF Nos. 33 and 35.  The Court has reviewed the motions, responses, and all supporting documents and finds that the matter is ripe for the Court's consideration.  For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendant First Step's summary judgment motion (ECF No. 33) should be and hereby is **GRANTED**.  The Court further finds that Plaintiff Londa Garrard's summary judgment motion (ECF No. 35) should be and hereby is **DENIED**.  Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 13th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge